# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **TIFFANY WILSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CITY OF STOCKBRIDGE;** | ) | |
| **STOCKBRIDGE CITY POLICE** | ) | **Civil Action** |
| **DEPARTMENT; CHIEF** | ) | **No. _____** |
| **FRANK TRAMMER,** | ) | |
| **Individually and Professionally;** | ) | |
| **MAJOR ANTON PATON,** | ) | |
| **Individually and Professionally;** | ) | |
| **RONALD MOMON, Individually** | ) | |
| **and Professionally, CAPTAIN** | ) | |
| **BRIAN SMITH; Individually and** | ) | |
| **Professionally; and JOHN DOE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF REMOVAL

COME NOW Defendants City of Stockbridge, Chief Frank Trammer, individually and professionally, Major Anton Paton, individually and professionally, Ronald Momon, individually and professionally, and Captain Brian Smith, individually and professionally,[1] with Defendants Trammer, Paton, Momon, and Smith appearing by special appearance and without waiving any defenses, including

---

[1] Defendants respectfully submit that "Stockbridge City Police Department" is not a valid legal entity capable of suing or being sued.

- 1 -

defenses based on insufficiency of process, insufficiency of service of process, and lack of personal jurisdiction, and, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby remove the above-styled civil action from the Superior Court of Henry County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division, based on the following grounds:

1.

Plaintiff Tiffany Wilson filed this action on December 23, 2025 in the Superior Court of Henry County, where it was assigned civil action number SUCV2025004099. Copies of the summonses, complaint, exhibits attached to the complaint, civil cover sheet, and sheriff's entries of service are attached as Exhibit A.

2.

The sheriff's entries of service included in Exhibit A purport to show service of process upon Defendants City of Stockbridge, Paton, Momon, and Smith on January 15, 2026. This notice of removal thus is timely filed within 30 days of Defendants' receipt of Plaintiff's complaint. *See* 28 U.S.C. § 1446(b)(1)-(2)(B); Fed. R. Civ. P. 6(a)(1)(C).

3.

In her complaint, Plaintiff asserts causes of action based upon multiple federal statutes, including claims of race, gender, and color discrimination, hostile work

environment, and retaliation pursuant to Title VII of the Civil Rights Act, 42 U.S.C. § 2000e *et seq.*, and pregnancy discrimination pursuant to the Pregnant Workers Fairness Act, 42 U.S.C. § 2000gg *et seq.* (*See* Complaint, pp. 14-26). This action thus is a civil action over which the United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because it is an action "arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

4.

This civil action thus is removable pursuant to 28 U.S.C. § 1441 because the United States District Court has original jurisdiction over this case by reason of federal-question jurisdiction pursuant to 28 U.S.C. § 1331.

5.

Pursuant to 28 U.S.C. § 90(a)(2), the United States District Court for the Northern District of Georgia, Atlanta Division, is the district court having jurisdiction over Henry County, Georgia, where the state court action was pending. Pursuant to 28 U.S.C. §§ 1441, 1446(a), Defendants thus are entitled to remove this action from the Superior Court of Henry County to this Court.

6.

Contemporaneously with the filing of this Notice of Removal with this Court, Defendants are filing a copy of this notice of removal with the Clerk of the Superior Court of Henry County, with service on Plaintiff, as required by 28 U.S.C. § 1446(d).

- 3 -

7.

**WHEREFORE**, this Court now has jurisdiction over this action.

Respectfully submitted,

**FREEMAN MATHIS & GARY, LLP**


*/s/ Michael M. Hill*
Michael M. Hill
Georgia Bar No. 770486
Kelli S. Taylor
Georgia Bar No. 187882

*Counsel for Defendants*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)
mhill@fmglaw.com
kelli.taylor@fmglaw.com

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1(D), I hereby certify that the within and foregoing

**NOTICE OF REMOVAL** has been prepared in compliance with Local Rule 5.1(B)

in 14-point Times New Roman type face.

This 16th day of February, 2026.

*/s/ Michael M. Hill*
Michael M. Hill
Georgia Bar No. 770486
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
T: (770) 818-0000
F: (770) 937-9960
E: mhill@fmglaw.com

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this day I served a copy of the within and foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants:

Kamau K. Mason
Law Offices of Kamau K. Mason & Associates
3036 Woodrow Drive
Lithonia, Georgia 30038
kkmason@yahoo.com

This 16th day of February, 2026.

/s/ Michael M. Hill
Michael M. Hill
Georgia Bar No. 770486
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
T: (770) 818-0000
F: (770) 937-9960
E: mhill@fmglaw.com

*Counsel for Defendants*